

# NUMBER 13-14-00545-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                    Appellant,

v.

JAMES GREEN A/K/A
ANTHONY GREEN,                                                        Appellee.

### On appeal from the 148th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Perkes
### Memorandum Opinion Per Curiam

Appellant, the State of Texas, by and through its Criminal District Attorney, the Honorable Mark Skurka, has filed a motion for dismissal of its appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). No

decision of this Court having been delivered to date, we grant the motion and dismiss the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.   Pending motions, if any, are dismissed as moot.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
10th day of September, 2015.